**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| JERRY CHUAN LEE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-151 |
| v. | |
| BING LI, et al., | |
| Defendants. | |

## **O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 5, 2026, Report and Recommendation, (doc. 57), to which Plaintiff does not object, (doc. 58). Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 57.) Defendants' Motion to Transfer Venue is **GRANTED**. (Doc. 14, in part.) This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**SO ORDERED**, this 25th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA